[No. 19302-1-III. Division Three. October 18, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. KAREN J. BROTZMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Klickitat County, No. 99-1-00025-2, E. Thompson Reynolds, J., entered April 3, 2000. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Schultheis and Kato, JJ.

[No. 19348-9-III. Division Three. October 18, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY WAYNE FLORY, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-00147-0, Kathleen M. O'Connor, J., entered May 17, 2000. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, C.J., and Schultheis, J.

[No. 19860-0-III. Division Three. October 18, 2001.]

*In the Matter of the Marriage of* THOMAS JOSEPH DITTMAR, *Respondent*, and LYNN MARIE DITTMAR, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 00-3-00849-2, Lani-Kai Swanhart, J. Pro Tem., entered December 8, 2000. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Kato, J.

[No. 24930-8-II. Division Two. October 19, 2001.]

THOMAS LAWRENCE, *Appellant*, v. DANIEL ALLEN PAUL, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-10388-3, Terry D. Sebring, J., entered July 16, 1999. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Seinfeld, J.